# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** ___II___  **Investigating Agency** ___FBI___

**City** __Brockton, Taunton, Foxboro__
**County** _____

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __24-mj-5097 to -5102-JGD__
R 20/R 40 from District of _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___24-mj-6420-MPK___  ☐ Yes  ☐ No

## Defendant Information:
**Defendant Name** Andre McNeil    Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:** _____
**Address:** 156 BELMONT CT APT 6, BROCKTON, MA
**Birth date (Yr only)** 1989  **SSN (last 4#):** 8707  **Sex:** M  **Race** _____  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** John T. Dawley, Jr.    **Bar Number if applicable:** 683662

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Bristol House of Correction__  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/12/2024    **Signature of AUSA:** /s/ John T. Dawley, Jr.

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Andre McNeil

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 2 |
| Set 3 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**